# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RONNIE Y. CONRAD, | Case No. CV 19-07497-PSG (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| T. FOSS, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, and this action dismissed with prejudice.

Date: 12/21/21

PHILIP S. GUTIERREZ
Chief United States District Judge